IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFERY SILKWOOD                                                                               PLAINTIFF

V.                                          NO.  3:10cv00040 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                     DEFENDANT

## ORDER

Plaintiff has filed a motion for extension of time (doc. 10) in which to file his appeal brief and has indicated that Defendant does not object to this request. The motion is granted. Plaintiff is granted to and including August 13, 2010, in which to file his brief.

IT IS SO ORDERED this 13th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE