IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFERY SILKWOOD                                                          PLAINTIFF

v.             Civil Case No. 3:10CV00040 JTK

MICHAEL J. ASTRUE,
*Commissioner*, Social
Security Administration                                                   DEFENDANT

<u>JUDGMENT</u>

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED AND ADJUDGED that the final determination of the Commissioner is affirmed, and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 7th day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE